**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To: *All Actions* | Civil Action No. 19-md-2904 (MCA)(MAH)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**<u>WITHOUT PREJUDICE</u>** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs identified in Schedule 1 attached hereto, by and through their undersigned counsel, hereby voluntarily dismiss without prejudice each claim against Defendants Quest Diagnostics, Incorporated and Optum 360. Plaintiffs identified in Schedule 1 each reserve the right to proceed in this matter as absent class members.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
*Counsel for Plaintiffs in the Johns Action*
*Interim Lead Counsel for Plaintiffs*


By: ___/s/ James E. Cecchi_____
        JAMES E. CECCHI

Dated:  July 29, 2020


SO ORDERED

___*s/Madeline Cox Arleo*_____
MADELINE COX ARLEO, U.S.D.J.

Date: 7/30/20

## SCHEDULE 1

| Plaintiff | Case Caption | Case No. | Court |
|-----------|--------------|----------|-------|
| Misty Marler | Marler v. Quest Diagnostics, Inc. | 8:19-cv-01091<br>2:19-cv-16542-MCA-MAH | C.D.Cal.<br>D.N.J. |
| Paula Worthey | Worthey v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, Does 1-10 | 7:19-cv-05210<br>2:19-cv-16544-MCA-MAH | S.D.N.Y.<br>D.N.J. |
| Jorge M. Fernandez, Jr. | Fernandez v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13398-MCA-MAH | D.N.J. |
| Hector J. Valdes | Fernandez v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13398-MCA-MAH | D.N.J. |
| Brian Lanouette | Lanouette v. Retrieval-Masters Creditors Bureau, Inc., Optum360, LLC, and Quest Diagnostics Incorporated | 7:19-cv-05216<br>2:19-cv-17046-MCA-MAH | S.D.N.Y.<br>D.N.J. |
| Traci Diana Julin | Julin v. Quest Diagnostics Incorporated | 2:19-cv-13446-MCA-MAH | D.N.J. |
| Johanna A. Mayer | Mayer v. Quest Diagnostics, Inc. | 5:19-cv-01029<br>2:19-cv-16543-MCA-MAH | C.D.Cal.<br>D.N.J. |
| Mark Meisel | Meisel v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13484-MCA-MAH | D.N.J. |
| Zakaria Haque | Meisel v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13484-MCA-MAH | D.N.J. |
| Robert Oswald | Meisel v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13484-MCA-MAH | D.N.J. |
| Lori Weinrib | Meisel v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13484-MCA-MAH | D.N.J. |
| Robert Corwin | Meisel v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13484-MCA-MAH | D.N.J. |
| Cindy Farber | Meisel v. American Medical Collection Agency, Inc., Optum360 Services, Inc., Quest Diagnostics Incorporated, and Does 1-10 | 2:19-cv-13484-MCA-MAH | D.N.J. |
| Francis Carbonneau | Carbonneau v. Quest Diagnostics Incorporated | 2:19-cv-13472-MCA-MAH | D.N.J. |
| Deanna Rahill | Rahill v. Quest Diagnostics | 2:19-cv-13510-MCA-MAH | D.N.J. |

**SCHEDULE 1**

| Plaintiff | Case Caption | Case No. | Court |
|-----------|-------------|----------|-------|
| Kaesha Gaye Camilia Henry | Henry v. American Medical Collection Agency, Inc., Laboratory Corporation of America Holdings, Quest Diagnostics Incorporated, Optum360, LLC, Bioreference Laboratories, Inc., and Does 1-50 | 7:19-cv-05392 2:19-cv-16711-MCA-MAH | S.D.N.Y. D.N.J. |
| Patrick Roggee | Rogge v. Quest Diagnostics Incorporated | 2:19-cv-13648-MCA-MAH | D.N.J. |
| Tiffany Dough | Rogge v. Quest Diagnostics Incorporated | 2:19-cv-13648-MCA-MAH | D.N.J. |
| Sean DeMarco | DeMarco v. Quest Diagnostics Incorporated | 2:19-cv-05071 2:19-cv-16685-MCA-MAH | C.D.Cal. D.N.J. |
| Melissa Ryan | Ryan v. Quest Diagnostics, Inc. | 3:19-cv-01098 2:19-cv-16666-MCA-MAH | S.D.Cal. D.N.J. |
| Daniel Ryan | Ryan v. Quest Diagnostics, Inc. | 3:19-cv-01098 2:19-cv-16666-MCA-MAH | S.D.Cal. D.N.J. |
| Ritzie Key | Key v. American Medical Collection Agency, Inc., Optum360, LLC, Quest Diagnostics Incorporated, and Does 1-10 | 7:19-cv-05536 2:19-cv-16984-MCA-MAH | S.D.N.Y. D.N.J. |
| Mark Johnston | Johnston v. Quest Diagnostics, Inc. | 2:19-cv-13957-MCA-MAH | D.N.J. |
| Eric Cinelli | Cinelli v. Quest Diagnostics Incorporated | 7:19-cv-05803 2:19-cv-16982-MCA-MAH | S.D.N.Y. D.N.J. |
| Joanna Eggins | Cinelli v. Quest Diagnostics Incorporated | 7:19-cv-05803 2:19-cv-16982-MCA-MAH | S.D.N.Y. D.N.J. |
| Satoria Monlyn | Cinelli v. Quest Diagnostics Incorporated | 7:19-cv-05803 2:19-cv-16982-MCA-MAH | S.D.N.Y D.N.J. |
| Morgan Ottmann | Allende v. Laboratory Corporation of America | 1:19-cv-05989 2:19-cv-16703-MCA-MAH | S.D.N.Y. D.N.J. |
| Jennifer Raben | Raben v. Quest Diagnostics, Inc. | 1:19-cv-01889 2:19-cv-16603-MCA-MAH | D.Colo. D.N.J. |
| Michael DeMarshall | DeMarshall v. Optum360, LLC, Quest Diagnostics Incorporated, and Laboratory Corporation of America Holdings | 0:19-cv-01764 2:19-cv-16562-MCA-MAH | D.Minn. D.N.J. |
| Mark Woods | Mark Woods v. Quest Diagnostics Incorporated | 2:19-cv-05817 2:19-cv-16689-MCA-MAH | C.D.Cal. D.N.J. |
| Glenn French | French v. Quest Diagnostics Incorporated | 2:19-cv-14956-MCA-MAH | D.N.J. |
| Peter D. Smith | Smith v. Optum 360 LLC, Quest Diagnostics Incorporated, and Laboratory Corporation of America Holdings | 0:19-cv-01903 2:19-cv-16571-MCA-MAH | D.Minn. D.N.J. |
| Emily Smith | Smith v. Optum 360 LLC, Quest Diagnostics Incorporated, and Laboratory Corporation of America Holdings | 0:19-cv-01903 2:19-cv-16571-MCA-MAH | D.Minn. D.N.J. |
| Douglas Dermody | Dermody v. American Medical Collection Agency, Inc. | 5:19-cv-01235 2:19-cv-16985-MCA-MAH | N.D. Ala. D.N.J. |

**SCHEDULE 1**

| Plaintiff | Case Caption | Case No. | Court |
|---|---|---|---|
| Daniela Goyer | Dermody v. American Medical Collection Agency, Inc. | 5:19-cv-01235<br>2:19-cv-16985-MCA-MAH | N.D. Ala.<br>D.N.J. |
| Hannah Weiss | Johns v. Bio-Reference Laboratories, Inc., Laboratory Corporation of America Holdings, Quest Diagnostics, Incorporated, and Optum360 Services, Inc. | 2:19-cv-16533-MCA-MAH | D.N.J. |
| Vicki Johns | Johns v. Bio-Reference Laboratories, Inc., Laboratory Corporation of America Holdings, Quest Diagnostics, Incorporated, and Optum360 Services, Inc. | 2:19-cv-16533-MCA-MAH | D.N.J. |
| Brian Levy | Johns v. Bio-Reference Laboratories, Inc., Laboratory Corporation of America Holdings, Quest Diagnostics, Incorporated, and Optum360 Services, Inc. | 2:19-cv-16533-MCA-MAH | D.N.J. |
| Naomi Shapiro | Johns v. Bio-Reference Laboratories, Inc., Laboratory Corporation of America Holdings, Quest Diagnostics, Incorporated, and Optum360 Services, Inc. | 2:19-cv-16533-MCA-MAH | D.N.J. |
| Erin Theresa Gray | Gray v. Laboratory Corporation of America Holdings et al | 4:19-cv-00139<br>2:19-cv-17788-MCA-MAH | M.D. Ga.<br>D.N.J. |